# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0235.  GEGE ODION et al. v. CANDLER MEDICAL CENTER, LLC et al.**

Gege Odion seeks appellate review of several trial court orders that were entered on December 17, 2015.  In those orders, the court: (1) denied Odion's motion to set aside certain September 2014 orders concerning an attorney's request to withdraw and directing the clerk to reopen the case; (2) denied Odion's motion to add parties to the case; and (3) summarized the case status, and resolved outstanding motions related to discovery.  We lack jurisdiction.

The application materials indicate that the case remains pending below. Accordingly, to obtain appellate review at this time, Odion was required to comply with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court.  See *Johnson & Johnson v. Kaufman*, 226 Ga. App. 77, 78 (485 SE2d 525) (1997) (orders resolving discovery disputes are generally interlocutory); *Colwell v. Voyager Casualty Ins. Co.*, 178 Ga. App. 42 (342 SE2d 7) (1986) (order denying motion to add party defendant is interlocutory).  Odion has not obtained a certificate of immediate review in this case.  His failure to comply with the requisite procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____02/11/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*